**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Case No.
Chapter 11

PETER G. BALLAS, II

Debtor /

**DEBTOR IN POSSESSION'S APPLICATION FOR EMPLOYMENT OF ATTORNEY**

Peter G. Ballas, II, debtor in possession respectfully requests an order of the court authorizing the employment of Leslie N. Reizes of the law firm of Reizes Law Firm, Chartered to represent the debtor in this case and states:

1. On February 13, 2009, the debtor filed a voluntary petition under chapter 11 of the United States Bankruptcy Code.

2. The debtor desires to employ Leslie N. Reizes as attorney(s) in this case.

3. The debtor believes that the attorney is qualified to practice in this court and is qualified to advise the debtor on his relations with, and responsibilities to, the creditors and other interested parties.

4. The professional services the attorney will render are summarized as follows:

(a) To give advice to the debtor with respect to his powers and duties as a debtor in possession and the continued management of his property;

(b) To advise the debtor with respect to his responsibilities in complying with the U.S. Trustee's Operating Guidelines and Reporting Requirements and with the rules of the court;

(c) To prepare motions, pleadings, orders, applications, adversary proceedings, and other legal documents necessary in the administration of the case;

(d) To protect the interest of the debtor in all matters pending before the court;

(e) To represent the debtor in negotiation with his creditors in the

preparation of a plan.

5. To the best of the debtor's knowledge, neither said attorney nor said law firm has any connection with the creditors or other parties in interest or their respective attorneys. Neither said attorney nor said law firm represents any interest adverse to the debtor.

6. Attached to this motion is the proposed attorney's affidavit demonstrating Leslie N. Reizes, and Reizes Law Firm, Chartered, are disinterested as required by 11 U.S.C. § 327(a) and a verified statement as required under Bankruptcy Rule 2014.

WHEREFORE, the debtor respectfully requests an order authorizing retention of Leslie N. Reizes, of Reizes Law Firm, Chartered, on a general retainer, pursuant to 11 U.S.C. §§ 327 and 330.

I CERTIFY that a true copy of this application was mailed on Feb 13, 2009 to the parties indicated below.

REIZES LAW FIRM, CHARTERED

By:____________________
Leslie N. Reizes
Florida Bar No. 208108
Attorney for Debtor
1200 South Federal Highway, Suite 301
Boynton Beach, Florida 33435
Telephone: 561-736-2600
Fax: 561-736-2700
E-Mail: reizes@bellsouth.net

Copies to:
Debtor
U.S. trustee
Attorney for Creditor's Committee or
if none 20 largest unsecured creditors
All Appearances

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
WEST PALM BEACH DIVISION

In re: Case No.
Chapter 11

PETER G. BALLAS, II

Debtor /

**AFFIRMATION OF PROPOSED ATTORNEY FOR DEBTOR IN POSSESSION**

STATE OF FLORIDA )
) ss
COUNTY OF PALM BEACH )

Leslie N. Reizes, affirms under penalty of perjury:

1. I am an attorney admitted to practice in the State of Florida, the United States District Court for the Southern District of Florida and qualified to practice in the U.S. Bankruptcy Court for the Southern District of Florida.

2. I am employed by the law firm of Reizes Law Firm, Chartered with offices located at 1200 South Federal Highway, Suite 301, Boynton Beach, FL 33435.

3. Neither I nor the firm represent any interest adverse to the debtor, or the estate, and we are disinterested persons as required by 11 U.S.C. § 327(a).

4. My initial retainer was paid by Peter G. Ballas II.

I represent Carol Sasso, a paralegal in the Office of the United States Trustee, Utica, New York, in her capacity as Personal Representative of the Estate of her late aunt in Brevard County, Florida. The estate does not have and has never had an interest in the debtor or any creditor of the debtor.

5. Except for the continuing representation of the debtor, neither I nor the firm has or will represent any other entity in connection with this case and neither I nor the firm will accept any fee from any other party or parties in this case, except the debtor in possession.

Executed on February 12, 2009.

Leslie N. Reizes

**REIZES LAW FIRM, CHARTERED**
1200 SOUTH FEDERAL HIGHWAY, SUITE 301
BOYNTON BEACH, FLORIDA 33435
(561) 736-2600
FAX (561) 736-2700

LESLIE N. REIZES
ADMITTED IN FL, NY, PA, MA & DC
WRITER'S DIRECT DIAL NUMBER:
(561) 736-2100

February 12, 2009

Dr. Peter G. Ballas II
3960 N. Ocean Blvd., Apt. 1
Delray Beach, FL 33484

Re: Chapter 11 Retainer Agreement

Dear Dr. Ballas:

This letter is to serve as confirmation of the basis upon which fees will be charged by this firm in connection with representation of the corporation in pursuit of a Chapter 11 readjustment of debt under Chapter 11 of the United States Bankruptcy Code.

We have agreed to accept a retainer of Two Thousand Five Hundred Dollars ($2,500.00) from you directly, at this time for work already performed in connection with planning a Chapter 11 reorganization, plus the filling fee of $1,039.00.

We will maintain time records which the corporation may periodically review upon request. You may ask for an itemized bill at any time, and we include in our time records the time expended for preparation and billing. It is to be understood that during the course of the representation, our time will be charged at the rate of $315.00 per hour for office and in court hours for lawyers' time, and $80.00 per hour for the time of legal assistants with a minimum charge of eighteen minutes for any telephone conversation, correspondence, or work performed on your behalf, with all the time being charged in six-minute intervals. Travel time will be billed at one-half the above rates, unless while traveling, other legal services are provided to you in which case our normal rates will apply. You will also be billed for expense such as travel, lodging, courier services, filing fees for adversary proceedings, experts, stenographers, photocopying, and postage.

It is anticipated that it will be necessary for us:

(a) to give debtor legal advice with respect to duties as debtor;

(b) to prepare on behalf of debtor necessary schedules, applications, answers, orders, reports, a plan, and other legal papers;

(c) to advise as to obtaining credit and financing;

(d) to perform all other legal services for debtor which may be necessary herein.

Please acknowledge receipt of this letter and the corporation's agreement to same, by executing it where indicated below.

Very truly yours,

Leslie N. Reizes

LNR:pr

Dated: February 12, 2009

Peter G. Ballas II