

**ORDERED in the Southern District of Florida on March 06, 2009.**

Erik P. Kimball, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                    Case No. 09-12545-EPK
                                          Chapter 11
Peter G. Ballas, II,


_____Debtor_____/

### ORDER APPROVING EMPLOYMENT OF
### DEBTOR IN POSSESSION'S ATTORNEY

THIS CAUSE came on before the court upon the application of debtor in possession for authority to retain an attorney, and upon the affidavit of Leslie N. Reizes of Reizes Law Firm, Chartered. Upon the representations that Leslie N. Reizes is duly qualified under Local Rule 2090-1(A) to practice in this court, that Leslie N. Reizes and Reizes Law Firm, Chartered hold no interest adverse to the estate in the matters upon which they are engaged, that Leslie N. Reizes and Reizes Law Firm, Chartered are disinterested persons as required by 11 U.S.C. §327(a), and have disclosed any connections with parties set forth

in Bankruptcy Rule 2014, and that their employment is necessary and would be in the best interest of the estate, it is

**ORDERED** that the debtor in possession is authorized to retain Leslie N. Reizes of the law firm of Reizes Law Firm, Chartered, on a general retainer, pursuant to 11 U.S.C. §§327 and 330.

### ###

**Submitted by:** Leslie N. Reizes

The party submitting this order shall serve a copy of the signed order on all parties listed below and file with the court a certificate of service conforming with Local Rule 2002-1(F).

Debtor
Attorney for Debtor
U.S. Trustee
Attorney for Creditor's Committee or
    if none, 20 largest unsecured creditors
All appearances