UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

In re:

Peter G. Ballas II,

Case No. 09-12545-EPK

Chapter 11

Debtors.
_____/

APPLICATION BY DEBTOR FOR APPROVAL OF EMPLOYMENT
OF ACCOUNTANT UNDER GENERAL RETAINER

Debtor-in-Possession, (hereinafter "Debtor") pursuant to § 327 of the Bankruptcy Code and Bankruptcy Rule 2014, respectfully represents:

1.  On February 13, 2009, the Debtor filed a petition under Chapter 11 Bankruptcy Code and has continued in possession of his property since such time.

2.  The Debtor desires to employ John J. Matteis, CPA and his firm, Matteis & Christopher, P.A., as his accountants to provide assistance during his Chapter 11 case.

3.  Debtor has selected John J. Matteis, CPA and his firm for the reason they have had considerable experience in matters of this character, that said firm is familiar with Debtor's financial affairs, and believes that the firm is well qualified to represent him in this proceeding. The affidavit of John J. Matteis is attached as Exhibit A.

4.  The professional services the said Matteis & Christopher, P.A. is to render include:

    (a) To give Debtor accounting advice with respect to his powers and duties as debtor in possession in the continued operation of his business and management of his property;

    (b) To advise Debtor in his preparation of Monthly Reports for filing with the

Court;

  (c) To give general operational financial advice with respect to the continued operation of his business and management of his property;

  (d) To assist in formulating a plan of reorganization, including projections and liquidation analysis;

  (e) To perform other accounting services for debtor as debtor in possession which may be necessary herein; and it is necessary for debtor as debtor in possession to employ an accountant for such professional services.

5. John J. Matteis is familiar with financial affairs of the Debtor in accordance with Bankruptcy Code Section 1107 is not disqualified by reason of such representation.

6. To tbe best of Debtor's knowledge, said firm has no connection with the creditors, or any other party in interest, or their respective attorneys or the United Sates Trustee, or any person employed in the Office of the United States Trustee.

7. The terms of the employment of John J. Matteis and his firm agreed to by Debtor are to pay such firm it regular, customary hourly rates rate of $60.00 to $195.00 per hour plus out-of pocket expenses.

8. If this application is granted, any post petition fees to be paid said firm as accountant for the Debtor and /or reimbursement of expenses are subject to Court approval based upon application to the Court and the submission of contemporaneous time records.

9. Matteis & Christopher, P.A. represents no interest adverse to Debtor or the estate in the matters upon which it is to be engaged for the Debtor and its employment would be in the best interest of this estate

WHEREFORE, the Debtor prays that the Court enter an order approving the employment of John J. Matteis, CPA and his firm, Matteis & Christopher, P.A. as his accountant to perform the professional services described in paragraph 4 above effective as of the date of filing in this case under Chapter 11 of the Bankruptcy Code.

Dated:  Boynton Beach, Florida
        March 5, 2009

REIZES LAW FIRM, CHARTERED

By: /s/ *Leslie N. Reizes*
        Leslie N. Reizes
FL Bar No. 208108
Attorneys for Debtor
1200 South Federal Highway, Suite 301
Boynton Beach, FL 33435
Tel: (561) 736-2600
Fax: (561) 736-2700
E-mail reizes@bellsouth.net

## AFFIDAVIT OF PROPOSED ACCOUNTANT

STATE OF FLORIDA            )
                            ) ss.:
COUNTY OF PALM BEACH        )

I, JOHN J. MATTEIS, hereby make solemn oath:

1. I am a Certified Public Accountant, duly admitted to practice in the State of Florida.

2. Matteis & Christopher, P.A. maintains offices for the practice of accounting at 29 S.E. 5th Street, Boca Raton, FL 33432.

3. The firm has no connection with the above-named debtor, its creditors or any other party in interest herein, or their respective attorneys or accountants, or the United States Trustee, or any person employed in the Office of the United States Trustee except that the firm provided accounting services to debtor, pre-petition.

4. The firm represents no interest adverse to the debtor, as a debtor in possession herein, or its estate in the matters upon which it is to be engaged.

5. The professional services the said Matteis & Christopher, P.A. is to render include:

(a) To give Debtor accounting advice with respect to his powers and duties as debtor in possession in the continued operation of his business and management of his property;

(b) To advise Debtor in his preparation of Monthly Reports for filing with the Court;

(c) To give general operational financial advice with respect to the continued operation of his business and management of his property;

(d) To assist in formulating a plan of reorganization, including projections and liquidation analysis;

(e) To perform other accounting services for debtor as debtor in possession which may

be necessary herein; and it is necessary for debtor as debtor in possession to employ an accountant for such professional services.

6. Each member of the firm is a "disinterested person" as defined in 11 U.S.C. Section 101 (13) and Section 327.

7. Except as permitted by 11 U.S.C. section 5049(b)(1), there is no sharing arrangement concerning fees subject of this affidavit, nor is there any fee setting arrangement as defined by 18 U.S.C. Section 155.

8. Your deponent understands, that with respect to representation of the debtor in possession, any post petition fees to be paid your deponent's firm and/or the reimbursement of expenses are subject to court approval based upon application to the Court and submission of contemporaneous time records.

By John J. Matteis, C.P.A.

MATTEIS & CHRISTOPER, P.A

Sworn to before me this
27th day of February, 2009.

Notary Public



# Matteis & Christopher, P.A.
### Certified Public Accountants

29 S.E. 5th Street
Boca Raton, Florida 33432
Broward (954) 428-9917
Palm Beach (561) 241-4444
Fax (561) 241-4447

January 28, 2009

Dr. Peter G. Ballas II
1905 Clintmoore Road #215
Boca Raton, FL 33496

Dear Dr. Ballas,

This letter confirms the engagement of Matteis & Christopher, P.A., and Dr. Peter G. Ballas II as of January 28, 2009. We are engaged to assist Leslie N. Reizes in his representation of Dr. Peter G. Ballas II.

The professional consulting services we currently expect to provide include the following:

   To provide expert witness services in matters concerning the filing of Chapter 11 Bankruptcy.

During the course of our engagement, it may be necessary for us to prepare written reports that support our conclusions. We will report to Dr. Peter G. Ballas II directly, and will submit to him all reports, communications, and work product. These reports are to be used only in connection with the referenced litigation and may not be published or used in any other manner without the written consent of this firm.

All workpapers or other documents used by us during this engagement will be maintained in segregated files, and such originals and all copies will be returned to you upon the completion of our engagement.

Our billings will be sent to Dr. Peter G. Ballas II for payment. It is agreed that our fee is not contingent on the result of the litigation. We will submit bills to you monthly, payable within 30 days, which will be based on our standard hourly rates for this type of consulting of $60 to $195 per hour plus out-of-pocket expenses. We reserve the right to defer rendering further services until payment is received on past due invoices.

Our customary practice in Expert Witness Services consulting engagements is to receive a retainer of $500 before beginning work. The retainer will be applied toward payment of our final billing in connection with this engagement.

MEMBERS: AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS • FLORIDA INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS

Dr. Peter G. Ballas II
January 27, 2009
Page 2

Dr. Peter G. Ballas II shall provide us all documentation and information and make available key personnel within a reasonable period of time pursuant to our request. Their failure to do so may result in extensions of time and increased costs that may jeopardize engagement deadlines. In such an event, you will not hold us responsible, and all fees and expenses will be paid to us in accordance with the terms of this engagement.

If information becomes known that would make our continued involvement in this engagement inappropriate, or if the attorney or parties involved change, we reserve the right to withdraw from this engagement. In addition, we will refuse to perform any requested act that we deem a violation of law, public policy, or our professional ethical standards, and may, as a result, withdraw from the engagement without penalty.

In no event will our firm be liable for incidental or consequential damages resulting from our performance on this engagement, even if we have been advised of the possibility of such damages.

By acknowledging acceptance of the terms of this engagement, Dr. Peter G. Ballas II represents and warrants that he has the authority to employ Matteis & Christopher, P.A. on the terms and conditions set forth herein. If this is accordance with your understanding and meets with your approval, please sign and date one copy of this letter in the space provided.

If the need for additional services arises, our agreement with you will need to re revised. It is customary for us to describe these revisions in an addendum to this letter.

Sincerely,

*John J. Matteis, C.P.A.*

Matteis & Christopher, P.A.
By: John J. Matteis, C.P.A.
Certified Public Accountant

Accepted by: _Peter G. Ballas II MD_    Accepted by: _Peter G. Ballas II MD_

Date: _1-29-09_    Date: _____

# CURRICULUM VITAE

## John J. Matteis, C.P.A., C.F.E

Professional Experience:

1985-2008

Matteis & Christopher, P.A., Certified Public Accountants. Mr. Matteis is the Managing Partner of the firm which specializes in corporate, small business and individual taxation and accounting. Mr. Matteis is also a Certified Fraud Examiner.

2004-2008

Unified Environmental Services Group, LLC. Mr. Matteis served as a Chairman of the Board of Trustees from January 12, 2005 through March, 2005. Mr. Matteis is currently an advisor to the company.

1991-1995

International College, Adjunct Professor of Accounting and Taxation

1981-1985

Matteis and Malvan, P.A. Mr. Matteis was a partner in the firm specializing in corporate, small business and individual taxation.

1975-1976

Lester Witte & Co., C.P.A. Mr. Matteis served as an accountant and was a manager when he left the firm.

1975-1976

Homrich, Schmidt, & Miel, C.P.A. Mr. Matteis serviced as an accountant while attending Florida Atlantic University.

Education:

University of South Florida, Bachelor of Arts in Business Administration and Marketing.

Florida Atlantic University, graduate and undergraduate accounting courses in compliance for certification by the Florida Board of Accountancy.

Professional Societies:

American Institute of Certified Public Accountants
Florida Institute of Certified Public Accountants
American Institute of Certified Public Accountants, Tax Division
National Association of Certified Fraud Examiners

Expert Witness Certifications:

Accounting and Tax Matters Relating to:
Bankruptcy
Fraud
Marital Law
Business Disputes
Business Transactions