UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(WEST PALM BEACH DIVISION)

In re:                                                                                  Chapter 11

PETER G. BALLAS, II                                                      Case No. 09-12545-BKC-EPK

      Debtor.
_____/

### PALM BEACH COUNTY TAX COLLECTOR'S OBJECTION TO DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION PURSUANT TO 11 U.S.C. §§ 1121 AND 1125 FOR PETER G. BALLAS, II, (D.E. # 61 AND 62)

      ANNE M. GANNON, Tax Collector, Palm Beach County ("Tax Collector"), by and through her undersigned counsel, objects to the *Disclosure Statement Pursuant to 11 U.S.C. §§ 1121 and 1125 for Peter G. Ballas, II* (D.E. # 61 and 62 ) (the "Disclosure Statement" and "Plan of Reorganization") based on the following:

      1.      The Tax Collector is owed outstanding, delinquent tangible, personal property taxes in the amount of $3,677.16 (three thousand, six hundred seventy seven and sixteen cents) (as of July, 2009).  These taxes were assessed on January 1, 2008, became delinquent on April 1, 2009, and continue to accrue statutory interest at the rate of eighteen percent (18%) per annum until paid in full.  The 2009 tangible, personal property taxes were assessed on January 1, 2009 and become delinquent on April 1, 2010. Property taxes are secured by a statutory **first** lien on the property assessed pursuant to Florida Statutes ch. 197.122(1) and 192.053

      2.      The Disclosure Statement states Class I and II Creditors, the taxing authorities, will be paid in full, pro-rata but to a maximum amount as to each property of the Debtor, of the value of the properties secured by their liens, or as to which their unsecured priority claim pertains, as hereinafter set forth without penalties but with fixed interest at the prime rate as

published in the <u>Wall Street Journal</u> plus one percentage point as at the effective date, for the post confirmation period in equal monthly installments for 120 months, as to that property being retained.

3. The Tax Collector requests payment of the 2008 tangible, personal property taxes in equal monthly installments of 60 months with interest of 18% per annum until paid in full and to pay the 2009 real estate and the tangible, personal property taxes when they become due in November 2009 in the ordinary course of business. The 2008 real estate taxes are paid.

WHEREFORE, premises considered, the Tax Collector requests this Court enter an Order denying approval of the Disclosure Statement and Plan of Reorganization. The Tax Collector requests the 2008 tangible personal property taxes to be paid in equal monthly installments of 60 months with interest of 18% per annum until paid in full; and for such other relief this Court deems just and proper.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Dated:                                       Respectfully submitted,

                                             James M. Brako, Esq.
                                             Florida Bar No. 493211
                                             Office of the Tax Collector
                                             Post Office Box 3715
                                             West Palm Beach, Florida 33402-3715
                                             Telephone: (561) 355-2141
                                             Fax: (561) 355-1110
                                             Email: tc_legal_services@co.palm-beach.fl.us


                                             By:___/s/ James M. Brako, Esq._____
                                                   Attorney for Anne M. Gannon
                                                   Tax Collector, Palm Beach County

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the *Palm Beach County Tax Collector's Objection to Disclosure Statement Pursuant to 11 U.S.C. § 1125 for Peter G. Ballas, II (D.E. # 62)* has been furnished by *Notice of Electronic Filing* this _10th_ day of July, 2009 to **Reizes Law Firm Chartered**, Attn: Leslie N. Reizes, Esq., Attorney for Debtor, reizes@bellsouth.net; **United States Trustee**, USTPRegion21.MM.ECF@usdoj.gov ; and to Peter G. Ballas, II, 3960 N. Ocean Blvd., Apt. 1, Gulf Stream, FL 33483 by U.S. Mail.

　　　　　　　　　　　　　　　　　　　　　　__/s/ James M. Brako, Esq._____
　　　　　　　　　　　　　　　　　　　　　　James M. Brako, Esq.

N:\Legal Services\WIP\P\Peter G. Ballas, II, MD\Objection to Disclosure Statement.doc