# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

In re:  Case No. 09-12545-EPK
  Chapter 11

    PETER G. BALLAS, II

    _____Debtor_____/

**SUPPLEMENT TO AMENDED (PROPOSED) DISCLOSURE STATEMENT
IN RESPONSE TO THE UNITED STATES TRUSTEE'S OBJECTIONS**

COMES NOW Debtor, Peter G. Ballas, II, by and through his undersigned attorneys, and for his response to the United States Trustee's Objections to his Amended (Proposed) Disclosure Statement respectfully states:

1. Under Code § 1125 (a)(1) adequate information in a disclosure statement requires consideration of the complexity of the case and the information required by a hypothetical investor in the concerned class. Here nearly all of the debt is held by Wells Fargo, one of the nation's largest financial institutions, which is certainly familiar with the three properties subject of the case, and sophisticated enough to analyze the plan with the information disclosed. The other secured creditor is equally sophisticated.

2. Upon information and belief, there are no secured non-priority tax creditors. All real estate property taxes are paid to date.

3. As detailed in the First Amended Plan of Reorganization, Class X consists of the creditors having unsecured claims. Included in this class are unsecured deficiency claims of creditors asserting secured claims.

4. Exhibit "E" to the Amended Disclosure Statement is based on the accountant's assumption of 100% recovery whereas the liquidation analysis in the body of the Disclosure

Statement assumed 70% of the scheduled values because of the current state of the real estate market and the continuing accrual of interest and expenses.

    5. The valuation of Debtor's assets as listed on Schedule B is based on Debtor's opinion.

    6. Debtor's medical practice has not achieved its aims since filing of the petition but Debtor is optimistic that over time these goals will be reached. None of his personal expenses is being paid by the business.

    7. The trade debt of the medical practice which was guaranteed by Debtor is treated as part of Class X because Debtor is responsible for the debt he guaranteed.

    8. The Debtor is developing evidence to support his claims objections and will make the objections when the information is fully developed.

    9. The Debtor has an expectancy under a Revocable Trust which he does not have the power to revoke and accordingly the trust interest is not property of the estate.

    10. The Utah property is under agreement for sale and subject of a motion to approve a sale free and clear of liens. The Gulf Stream, Florida, property is listed for sale with Barbara Whittaker of The Corcoran Group as disclosed in the application to employ her as Real Estate Broker. The property continues to be shown. Debtor plans to retain his Chicago residence.

    11. Debtor has not been paid what he expected from his medical practice as receipts are down because the demand for cosmetic and other elective medical procedures has been reduced by current economic conditions. Additionally, during recent months he was undergoing medical evaluation and treatment that required a reduction in his work hours.

    12. The Disclosure Statement contains the Debtor's best estimate of repayment potential. The evidentiary issue is for a confirmation hearing.

    13. The Bankruptcy Code provides for payment of the U.S. Trustee's fees.

14. The Disclosure Statement has a full discussion of the effects of discharge on page 10.

15. The Debtor has made his best estimate as to future income but in these uncertain times cannot offer more that his best estimate which is that the secured creditors will be paid in full under the plan and the unsecured creditors will be paid something under the plan, if confirmed, and nothing if the case is dismissed or converted.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the within Supplement in Response to the United States Trustee's Objections ro the Disclosure Statement was furnished electronically via the CM/ECF system or by mail to all counsel of record on January 8, 2010.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and that I am in compliance with the additional qualifications to practice set forth in L.R. 9010 (D) (1) and (2).

Dated: Boynton Beach, FL
January 8, 2010

REIZES LAW FIRM, CHARTERED

By: /s/ Leslie N. Reizes
    Leslie N. Reizes
Florida Bar No. 208108
Attorney for Debtor
1200 South Federal Highway, Suite 301
Boynton Beach, Florida 33435
Telephone: 561-736-2600
Fax: 561-736-2700